Js-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>        Defendants. | Case No. 8:23-cv-00616-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 11] entered on or about May 11, 2023, and in accordance with Rules 41(b), 41(c), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 14, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE